UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PLUMBERS LOCAL UNION NO. 17; BRANDON OSBAHR, as Trustee and Chairman of the Boards of Trustees of the MEMPHIS CONSTRUCTION BENEFIT FUND; the PLUMBERS LOCAL UNION NO. 17 PENSION PLAN, and the PLUMBERS LOCAL UNION No. 17 IMPROVEMENT TRUST FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>PLUMBING CONTRACTORS, INC.,<br><br>        Defendant. | Case No. 2:22-cv-02485-JTF-cgc |

**JUDGMENT**

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the parties' Notice of Dismissal, filed on December 7, 2022, (ECF No. 8), and the Order Dismissing Case, filed on April 17, 2023, (ECF No. 9).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

April 17, 2023
DATE

WENDY OLIVER
CLERK

s/Jarrod Nelson
(BY) LAW CLERK

.

                                        *s/John T. Fowlkes, Jr.*
                                        **JOHN T. FOWLKES, JR.**
                                        **UNITED STATES DISTRICT JUDGE**